# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ROMANCEE GEORGE,

     Plaintiff,

v.                                                    CASE NO.  4:17cv370-RH-CAS

F. DENMARK et al.,

     Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 35. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed." The clerk must close the file.

SO ORDERED on April 3, 2019.

s/Robert L. Hinkle_____
United States District Judge